1  Clinton P. Walker, SBN 151560
   DAMRELL, NELSON, SCHRIMP,
2   PALLIOS, PACHER & SILVA
   1601 I Street, Fifth Floor
3  Modesto, CA 95354
   Telephone:  (209) 526-3500
4  Facsimile:   (209) 526-3534

5

6  Attorneys for Defendants
   Advanced Technology
7  Distributors, Inc./James Lawson

8

9                    **UNITED STATES DISTRICT COURT**

10                   **EASTERN DISTRICT OF CALIFORNIA**

11                        **FRESNO DIVISION**

12  DONALD ARMSTRONG,                    Case No.  1:09-CV-01901-DLB

13              Plaintiff,
                                         **STIPULATION AND ORDER FOR**
14  vs.                                  **CONTINUANCE OF SETTLEMENT**
                                         **CONFERENCE DATE**
15  ADVANCED TECHNOLOGY
    DISTRIBUTORS INC., et al.,
16
                Defendants.              Trial:  January 11, 2011
17                                       Dept:  Courtroom 9
                                         Judge Dennis L. Beck
18

19

20

21

22          The parties to the above captioned case, through their respective counsel, respectfully request

23  that the court continue the Settlement Conference presently scheduled for June 29, 2010 at 10:30 a.m.

24  in Department 7 before the Honorable Sandra Snyder due to unavailability of counsel.

25          IT IS HEREBY STIPULATED AND AGREED by and between the parties through their

26  respective counsel that the Settlement Conference now scheduled for June 29, 2010 at 10:30 a.m. in

27

28

Damrell
Nelson
Schrimp
Pallios
Pacher &
Silva

                                           1

**STIPULATION AND ORDER FOR CONTINUANCE OF SETTLEMENT CONFERENCE DATE**

1  Department 7 be continued to September 13, 2010 at 10:30 a.m.

2       IT IS FURTHER STIUPLATED AND AGREED that this stipulation may be signed in counter-

3  parts.

4  DATED: May 25, 2010                    DAMRELL, NELSON, SCHRIMP,
                                          PALLIOS, PACHER & SILVA
5

6

7                                         By  /s/ Clinton P. Walker
8                                              Clinton P. Walker
                                              Attorneys for Defendants
9

10 DATED: May 25, 2010                    LAW OFFICES OF MICHAEL TRACY

11

12                                        By  /s/ Megan Ross Hutchins
13                                             Megan Ross Hutchins
                                              Attorneys for Plaintiffs
14

15                        ORDER

16      IT IS ORDERED that the Settlement Conference presently scheduled for June 29, 2010 at

17 10:30 a.m. in Department 7 is continued to September 13, 2010 at 10:30 a.m. in Department 7.

18

19 Dated:  May 26, 2010

20                             /s/ Sandra M. Snyder

21                    UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

2

**STIPULATION AND ORDER FOR CONTINUANCE OF SETTLEMENT CONFERENCE DATE**

PDF created with pdfFactory trial version www.pdffactory.com