1  MICHAEL L. TRACY, ESQ., SBN 237779
   MTRACY@MICHAELTRACYLAW.COM
2  MEGAN ROSS HUTCHINS, ESQ., SBN 227776
   MHUTCHINS@MICHAELTRACYLAW.COM
3  LAW OFFICES OF MICHAEL TRACY
4  2030 Main Street, Suite 1300
   Irvine, CA  92614
5  T: (949) 260-9171
   F: (866) 365-3051
6
7  Attorneys for Plaintiff
   DONALD ARMSTRONG

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| DONALD ARMSTRONG, | ) Case No. 1:09-cv-01901-DLB |
|---|---|
| Plaintiff, | ) |
|  | ) **STIPULATION AND ORDER TO** |
| vs. | ) **EXTEND NON-EXPERT DISCOVERY** |
|  | ) |
| ADVANCED TECHNOLOGY DISTRIBUTORS, INC. , et al | ) |
|  | ) |
| Defendants. | ) |

The parties stipulate to the following:

1. Pursuant to the scheduling order (document #12) the existing non-expert discovery cut off is July 30, 2010.

2. The trial is currently set for January 11, 2010.

3. The parties have been working diligently on discovery.  To date, the Plaintiff's deposition has been taken, and parties have conducted several rounds of written discovery and request for documents.

4. Counsel have been working together to schedule one day of a 30(b)(6) deposition of the defendant.  Plaintiff's noticed the deposition on June 22, 2010, but due to

the 30(b)6 designee of defendant's schedule, and in light of the fact that Counsel for Defendant's was called to jury duty on the agreed date the deposition would take place, counsel have agreed that August 11, 2010 would be the best date for the deposition to go forward.

     5.    Plaintiff served written discovery on June 22, 2010, but due to Counsel for defendant's schedule the parties agreed the responses would be due on August 3, 2010.

     6.    An extension of the non-expert discovery cutoff is necessary so that the 30(b)(6) deposition of defendants and written discovery request can be completed.

     7.    As such, the parties require a 12 day extension to conduct the numerated discovery.

DATED:  July 30, 2010                      LAW OFFICES OF MICHAEL TRACY

                                            By:          /s/
                                                   MEGAN ROSS HUTCHINS, Attorney for Plaintiff DONALD ARMSTRONG

DATED:  July 30, 2010                      DAMRELL, NELSON, SCHRIMP,
                                                  PALLIOS, PACHER & SILVA

                                            By:   _____
                                                  Clinton P. Walker
                                                  Attorneys for Defendants

## **ORDER**

IT IS SO ORDERED THAT:

    Plaintiff may conduct the 30(b)(6) deposition on August 11, 2010, and Defendants may serve their discovery response on August 3, 2010.

IT IS SO ORDERED.

    Dated:   **August 2, 2010**                    /s/ *Dennis L. Beck*
                                                UNITED STATES MAGISTRATE JUDGE