1 | Clinton P. Walker, State Bar No. 151560
DAMRELL, NELSON, SCHRIMP,
2 |  PALLIOS, PACHER & SILVA
1601 I Street, Fifth Floor
3 | Modesto, CA 95354
Telephone: (209) 526-3500
4 | Facsimile: (209) 526-3534

5 | Attorneys for Defendants,
Advanced Technology
6 | Distributors, Inc. and James Lawson

7 |

8 | UNITED STATES DISTRICT COURT

9 | EASTERN DISTRICT OF CALIFORNIA

10 | FRESNO DIVISION

11 |

12 | DONALD ARMSTRONG, an individual,    Case No. 1:09-cv-01901-DLB

13 |          Plaintiff,    **STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT TO Fed. R. Civ. P. 41(a)(2)**

14 |     vs.

15 | ADVANCED TECHNOLOGY
DISTRIBUTORS, INC., et al.,

16 |          Defendants.

17 |

18 |        Pursuant to the terms of a settlement agreement reached between the parties, and under the

19 | provisions of Fed. R. Civ. P. 41(a)(2), the parties hereby request that this action and every claim therein

20 | be dismissed with prejudice, each side to bear their own costs and attorney fees.

21 | Dated: January 5, 2011    DAMRELL, NELSON, SCHRIMP,
PALLIOS, PACHER & SILVA

22 |

23 |    By   /s/ Clinton P. Walker
Attorneys for Defendants

24 |    Advanced Technology Distributors, Inc.
and James Lawson

25 |

26 | Dated: January 5, 2011    LAW OFFICES OF MICHAEL TRACY

27 |    By   /s/ Megan Ross Hutchins

28 |    Attorneys for Plaintiff
Donald Armstrong

1

1

**ORDER**

2

This action is hereby DISMISSED WITH PREJUDICE.

3

4

IT IS SO ORDERED.

5

6

Dated:   **January 5, 2011**                          /s/ *Dennis L. Beck*

UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Damrell
Nelson
Schrimp
Pallios
Pacher &

STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE